[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 10-10505
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 26, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:96-cr-00022-PAS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID HARRELL,
a.k.a. Bruce Davis,
a.k.a. David Smith,
a.k.a. James Davis,
a.k.a. David Johnson,
a.k.a. Robbin Hood,
a.k.a. Lil' Dave,
a.k.a. Bruce Smith,
a.k.a. Bruce Kelley,
a.k.a. Darren Johnson,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 26, 2010)

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

David Harrell, a federal inmate, appeals pro se the denial of his two motions to correct alleged errors in his sentence for conspiring to commit robbery, robbery, and being a felon in possession of a firearm. Fed. R. Crim. P. 36. We affirm.

Harrell's arguments are barred from review. Harrell's arguments that he did not receive credit for time served and that he should not pay restitution while incarcerated have been rejected by a sister circuit in a previous collateral proceeding. Harrell v. Rivera, No. 08-8105 (4th Cir. Jan. 26, 2009) (unpublished). Harrell's arguments are barred by res judicata. See Ragsdale v. Rubbermaid, Inc., 193 F.3d 1235, 1238 (11th Cir. 1999).

We **AFFIRM** the denial of Harrell's motions.